RANDALL W. EDWARDS (C.S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700

DAVID MARROSO (C.S.B. #211655)
dmarroso@omm.com
REBECCA A. GIROLAMO (C.S.B. #293422)
bgirolamo@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700

REEMA SHAH (*pro hac vice*)
rshah@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 2000

Attorneys for Defendant
United Wholesale Mortgage, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN ALLISON, and MARK CALOCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE,<br><br>Defendant. | Case No. 3:25-cv-05377-WHO<br><br>**DECLARATION OF RANDALL W. EDWARDS IN SUPPORT OF UNITED WHOLESALE MORTGAGE, LLC'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge: William H. Orrick<br>Date: December 3, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2 – 17th Floor<br><br>Complaint Filed: June 26, 2025<br>Trial Date: Not set |

## **DECLARATION OF RANDALL W. EDWARDS**

I, Randall W. Edwards, declare as follows:

1. I am a partner of O'Melveny & Myers LLP, attorney for United Wholesale Mortgage, LLC ("UWM") in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify to them.

2. A true and correct copy of the Homepage of the UWM Website, *available at* https://www.uwm.com/ (last visited August 19, 2025), is attached as Exhibit 1.

3. A true and correct copy of the UWM Website's "Mortgage Loan Servicing" directory, *available at* https://uwm.com/loan-servicing (last visited August 19, 2025), is attached as Exhibit 2.

4. A true and correct copy of the UWM Website's Cookie Banner, *available at* https://www.uwm.com/ (last visited August 19, 2025), is attached as Exhibit 3.

5. A true and correct copy of Meta's Terms of Service, *available at* https://www.facebook.com/legal/terms (last visited August 19, 2025), is attached as Exhibit 4.

6. A true and correct copy of the Meta's Privacy Policy, *available at* https://www.facebook.com/privacy/policy (last visited August 19, 2025), is attached as Exhibit 5.

7. A true and correct copy of the Meta's Cookies Policy, *available at* https://www.facebook.com/policies/cookies/ (last visited August 19, 2025), is attached as Exhibit 6.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 26, 2025

*/s/ Randall W. Edwards*
Randall W. Edwards