1  Natalie Lyons, No. 293026
2  Vess A. Miller, No. 278020
   COHENMALAD, LLP
3  One Indiana Square, Suite 1400
   Indianapolis, Indiana 46204
4  Tel: (317) 636-6481
   nlyons@cohenmalad.com
5  vmiller@cohenmalad.com

6
   *Counsel for Plaintiffs and the Proposed Class*
7

8                    **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ETHAN ALLISON, and MARK CALOCA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED WHOLESALE MORTGAGE, <br><br> Defendant. | Case No. 3:25-cv-05377-WHO <br><br> **[PROPOSED] ORDER EXTENDING TIME FOR RESPONSE TO DEFENDANT'S MOTION TO DISMISS** <br><br> Judge: William H. Orrick, III <br> Courtroom: 2 – 17th Floor <br><br> Complaint Filed: June 26, 2025 <br> Trial Date: Not set |

## [PROPOSED] ORDER ON STIPULATION

Before the Court is Plaintiffs' and Defendant's stipulation to reset the briefing deadlines on Defendant United Wholesale Mortgage's Motion to Dismiss the Amended Complaint. Dkt. No. 29. Plaintiffs' response is currently due on October 10, 2025. Consistent with the parties' stipulation and pursuant to Local Rule 6-2, Plaintiffs' deadline to respond to the Motion to Dismiss the Amended Complaint is hereby reset to **October 31, 2025**, and Defendant's deadline to file a reply memorandum in support of its motion is hereby reset to **November 14, 2025**.

**IT IS SO ORDERED.**

Dated: October 2, 2025

Hon. William H. Orrick
United States District Judge