RANDALL W. EDWARDS (C.S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700

DAVID MARROSO (C.S.B. #211655)
dmarroso@omm.com
REBECCA A. GIROLAMO (C.S.B. #293422)
bgirolamo@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700

REEMA SHAH (*pro hac vice*)
rshah@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 2000

Attorneys for Defendant
United Wholesale Mortgage, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ETHAN ALLISON, and MARK CALOCA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED WHOLESALE MORTGAGE,

Defendant.

Case No. 3:25-cv-05377-WHO

**NOTICE OF ERRATA REGARDING UNITED WHOLESALE MORTGAGE, LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

Judge: William H. Orrick

Complaint Filed: June 26, 2025
Trial Date: Not set

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that United Wholesale Mortgage, LLC ("UWM") submits this Errata to correct one sentence in its November 14, 2025 Reply in support of its Motion to Dismiss Plaintiffs' Amended Complaint ("Reply"). ECF No. 35. Subsequent to its filing of the Reply, UWM discovered one sentence in the Reply that should have used different wording regarding *Doe v. Eating Recovery Center LLC*. UWM thus provides this notice of errata and revision as follows:

Page 13, lines 14 to 16 of the Reply stated in part: "Judge Chhabria recently acknowledged this split between California state and federal courts in *Doe v. Eating Recovery Center LLC*, but warned against stretching the statute too far (as Plaintiffs seek to do). 2025 WL 2971090, at *1." That sentence of the Reply should have stated and has now been corrected to state, "Further, Judge Chhabria recently recognized courts have split on various CIPA interpretations and warned against stretching the statute too far (as Plaintiffs seek to do). *Doe*, 2025 WL 2971090, at *1."

This Notice of Errata makes no other changes to UWM's Reply. Corrected versions of the Reply have been filed concurrently with this Notice of Errata.

Dated: November 17, 2025

O'MELVENY & MYERS LLP

By: */s/ Randall W. Edwards*
Randall W. Edwards

Attorneys for Defendant
United Wholesale Mortgage, LLC