UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 9, 2025 | **Time:** 3 minutes<br>2:02 p.m. to 2:05 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-05377-WHO | **Case Name:** Allison v. United Wholesale Mortgage | |

**Attorney for Plaintiff:** Michael Tackeff
**Attorney for Defendant:** Randall W. Edwards

**Deputy Clerk:** Jean Davis           **Court Reporter:** Andrea Bluedorn

### PROCEEDINGS

Case Management Conference conducted via videoconference. Mediation and scheduling issues will be addressed after the motion to dismiss is ruled upon and the pleadings are settled.

**Further Case Management Conference set for May 19, 2026.** Joint case management statement due May 12, 2026.