1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, California 94111
   Telephone:   +1 415 984 8700
4  Facsimile:   +1 415 984 8701

5  DAVID MARROSO (S.B. #211655)
   dmarroso@omm.com
6  BECKY GIROLAMO (S.B. #293422)
   bgirolamo@omm.com
7  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
8  Los Angeles, California 90067
   Telephone:   +1 310 553 6700
9  Facsimile:   +1 310 246 6779

10 REEMA SHAH (*pro hac vice*)
   rshah@omm.com
11 O'MELVENY & MYERS LLP
   1301 Avenue of the Americas, 17th Floor
12 New York, New York 10019
   Telephone:   +1 212 326 2000
13 Facsimile:   +1 212 326 2061

14 Attorneys for Defendant
   United Wholesale Mortgage
15
   *(Additional Counsel Listed on Signature Pages)*
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETHAN ALLISON, and MARK CALOCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE,<br><br>Defendant. | Case No. 3:25-cv-05377-WHO<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO FILE AN AMENDED COMPLAINT**<br><br>Judge: William H. Orrick<br>Courtroom: 2 – 17th Floor<br>Complaint Filed: June 26, 2025<br>Trial Date: Not set |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendant United Wholesale
2    Mortgage LLC ("UWM") and Plaintiffs Ethan Allison and Mark Caloca, by and through their
3    respective undersigned counsel, stipulate as follows:
4    WHEREAS, Plaintiffs filed this action in the Northern District of California on June 26,
5    2025 and served UWM with the complaint on July 2, 2025 (Dkt. No. 1);
6    WHEREAS, on September 12, 2025, Plaintiff filed an amended complaint (the "AC,"
7    Dkt. No. 26);
8    WHEREAS, on September 26, 2025, UWM filed a motion to dismiss the AC (the
9    "Motion," Dkt No. 29);
10   WHEREAS, on December 21, 2025, the Court granted UWM's Motion with leave to
11   amend, and set a deadline for Plaintiffs to submit any amended complaint within 30 days of the
12   order (Dkt. No. 48);
13   WHEREAS, Plaintiffs' current deadline to file an amended complaint is January 20, 2026;
14   WHEREAS, to conserve the Court's and the Parties' resources, the Parties wish to meet
15   and confer on Plaintiffs' proposed second amended complaint, and pursuant to Civil Local Rule
16   6-1(b), request that the Court enter an Order extending Plaintiffs' deadline to submit any amended
17   complaint by 14 days;
18   WHEREAS, the Parties have agreed that Plaintiffs may file any amended complaint on or
19   before February 3, 2026; and
20   WHEREAS, the Parties have not requested any prior extensions to Plaintiffs' deadline to
21   file a second amended complaint, and this extension will not impact any other existing case
22   deadlines.
23   NOW THEREFORE, the parties accordingly agree and jointly stipulate and agree as
24   follows:
25   Plaintiffs' deadline to file an amended complaint shall be February 3, 2026.
26   **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 16, 2026 | O'MELVENY & MYERS LLP |
| 3 | | |
| 4 | | By:  */s/ Randall W. Edwards*<br>      Randall W. Edwards |
| 5 | | Attorneys for Defendant<br>United Wholesale Mortgage |

Dated: January 16, 2026

By:  */s/ Michael C. Tackeff*

Michael C. Tackeff
J. Gerard Stranch, IV
Emily E. Schiller
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
mtackeff@stranchlaw.com
gstranch@stranchlaw.com
eschiller@stranchlaw.com

Natalie Lyons,
Vess A. Miller
Lynn A. Toops
Lisa M. La Fornara
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
nlyons@cohenmalad.com
vmiller@cohenmalad.com
ltoops@cohenmalad.com
llafornara@cohenmalad.com

Carly M. Roman,
STRAUSS BORRELLI, PLLC
2261 Market Street, Suite 22946
San Francisco, CA, 94114
(872) 263-1100
croma@straussborrelli.com

|   |   |
|---|---|
| 1 | Samuel J. Strauss |
| 2 | Raina C. Borrelli |
|   | STRAUSS BORRELLI, PLLC |
| 3 | 980 N. Michigan Avenue, Suite 1610 |
|   | Chicago, Illinois 60611 |
| 4 | (872) 263-1100 |
|   | sam@straussborrelli.com |
| 5 | raina@straussborrelli.com |

Counsel for Plaintiffs and the Proposed Classes

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

Dated:  January 16, 2026

O'MELVENY & MYERS LLP

By:  */s/ Randall W. Edwards*
    Randall W. Edwards

Attorneys for Defendant
United Wholesale Mortgage