RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
BECKY GIROLAMO (S.B. #293422)
bgirolamo@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:   +1 310 553 6700
Facsimile:   +1 310 246 6779

REEMA SHAH (*pro hac vice*)
rshah@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone:   +1 212 326 2000
Facsimile:   +1 212 326 2061

Attorneys for Defendant
United Wholesale Mortgage

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN ALLISON, and MARK CALOCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE,<br><br>Defendant. | Case No. 3:25-cv-05377-WHO<br><br>[PROPOSED] ORDER EXTENDING DEADLINE TO FILE AN AMENDED COMPLAINT<br><br>Judge: William H. Orrick<br>Courtroom: 2 – 17th Floor<br>Complaint Filed: June 26, 2025<br>Trial Date: Not set |

1   The Court has considered the joint stipulation of Plaintiffs Ethan Allison and Mark Caloca
2   and Defendant United Wholesale Mortgage, pursuant to Civil Local Rules 6-1(a), 6-2, and 7.12,
3   as well as the accompanying Declaration of Randall W. Edwards.
4   The Court having considered the stipulation, and good cause appearing therefor, it is
5   hereby ORDERED that:
6   Plaintiffs' deadline to file an amended complaint is extended to February 3, 2026.
7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 16, 2026

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE