UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ETHAN ALLISON, et al.,

        Plaintiffs,

    v.

UNITED WHOLESALE MORTGAGE,

        Defendant.

Case No. 25-cv-05377-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 51

      Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: February 2, 2026

_____

WILLIAM H. ORRICK
United States District Judge